**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

**CRIMINAL ACTION NO. 11-140-DLB**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 05-54-DLB-CJS**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**vs.**        **ORDER ADOPTING REPORT AND RECOMMENDATION**

**LEE MICHAEL TAYLOR**                                                **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Candace J. Smith (Doc. # 52/53), wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of eight (8) months, with no supervision to follow. During the initial appearance held on October 29, 2015, Defendant admitted to violating the terms of his supervised release, as set forth in the October 15, 2015 Violation Report. (Docs. # 47/44 and 48).

Defendant having waived his right to allocution, as well as the time for filing Objections, the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently

1

advised,

    **IT IS ORDERED** as follows:

    (1)    The Report and Recommendation (Doc. # 52/53) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

    (2)    Defendant is found to have **VIOLATED** the terms of his supervised release;

    (3)    Defendant's supervised release is hereby **REVOKED**;

    (4)    Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **eight (8) months, with no supervision to follow**;

    (5)    Defendant shall self-surrender by reporting to the United States Marshal's Office, located at the United States Courthouse, 35 West Fifth Street, Covington, Kentucky, **on Monday, November 30, 2015 before 2:00 p.m.**; and

    (6)    If possible, Defendant's sentence shall be served at a federal facility close to his home in Cincinnati, Ohio, preferably FCI Ashland.

    This 13th day of November, 2015.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2011\11-140 (and 05-54) Order Adopting R&R.wpd